FILED
OCT - 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR244-T |
| | ) | [18 USC 922(g)(1); |
| KEVIN L. KING | ) | 18 USC 924(c)(1)(A)(i); |
| | ) | 21 USC 841(a)(1)] |
| | ) | |
| | ) | |
| | ) INDICTMENT | |

The Grand Jury charges:

## COUNT 1

On or about August 19, 2004, in Autaugaville, Alabama, in the Middle District of Alabama, the defendant,

KEVIN L. KING,

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Unlawful Possession of a Controlled Substance in the Circuit Court of Autauga County (CC 97-289), knowingly and willfully possessed a firearm, in and affecting commerce, that is, a Davis, model P32, .32 caliber pistol, serial number 105474, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about August 19, 2004, in Autaugaville, Alabama in the Middle District of Alabama, the defendant,

KEVIN L. KING,

knowingly used and carried a firearm during and in relation to and possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit:

possession with intent to distribute marijuana, as charged in Count 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

On or about August 19, 2004, in Autaugaville, Alabama in the Middle District of Alabama, the defendant,

KEVIN L. KING,

did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

A.   Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for a violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment or conviction for a violation of Title 18, United States Code, Section 924(c)(1)(A)(i) as alleged in Count 2 of this indictment, the defendant,

KEVIN L. KING,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

> **One Davis, Model P32, .32 Caliber Pistol, Serial Number 105474.**

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922 and 924.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Susan R. Redmond
Assistant United States Attorney