IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 2:05-cr-00244-T |
| | ) | |
| KEVIN L. KING | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   AUTAUGA COUNTY JAIL
                                   AT   Prattville, Alabama

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
      OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **KEVIN L. KING**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom **4B** of said Court, in the City of **Montgomery, Alabama**, on **November 30, 2005**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 24th day of October, 2005.

RETURNED AND FILED
OCT 2 5 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

DEBRA P. HACKETT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
    Deputy Clerk

10/24/05
Unex.
p/u on detainer