IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | |
| | ) | CR. NO.  2:05cr244-T |
| KEVIN L. KING | ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _____Kevin L. King_____, defendant in the above styled case, do

hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I

certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently

after receiving a full and complete explanation of my rights given to me by my attorney

and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY
WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

October 25, 2005
**DATE**

*Kevin King*
**DEFENDANT**

**ATTORNEY FOR DEFENDANT**