COURTROOM DEPUTY MINUTES          DATE: 10-25-2005
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:29-3:48 pm
3:49-3:54 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sql

CASE NO.: 2:05cr244-T
DEFT. NAME: Kevin L. KING

USA: ~~Redmond~~ Moorer
ATTY: K. Smith
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (X) CDO
( ) Stand In ONLY

USPTSO/USPO: Thweatt

MCApt,
Oral Order

Defendant ___ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ___ YES  NAME: _____

- [x] kars.     Date of Arrest 10-24-05   or  [ ] karsr40
- [x] kia.      Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl.    Deft. First Appearance with Counsel
- [ ]           Deft. First Appearance without Counsel
- [ ]           Requests appointed Counsel    [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff.  Financial Affidavit executed [ ] to be obtained by PTSO
- [x] koappted  ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt.  Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]           Deft. Advises he will retain counsel. Has retained _____
- [ ]           Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]           Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg.   Detention Hearing [ ] held; [ ] set for _____
- [ ] kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- [x] kocondrls. Release order entered. Deft. advised of conditions of release
- [x] kbnd.    [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
                [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ]           Preliminary Hearing [ ] Set for _____
- [ ] ko.       Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.   Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]           Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [x] karr.    **ARRAIGNMENT SET FOR:** _____ [ ] HELD. Plea of **NOT GUILTY** entered.
               [x] Set for 1-23-06 Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
               DISCOVERY DISCLOSURES DATE: 10-26-05
- [ ] krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.  Identity/Removal Hearing set for _____
- [ ] kwvspt    Waiver of Speedy Trial Act Rights Executed