# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

RECEIVED
2005 NOV 15 P 4: 07

Name of Defendant: KEVIN L. KING                Case Number: 2:05-CR00244-T

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: 10/25/05

Original Offense: Felon in Possession of Firearm/ Possession of a Firearm During a Drug Trafficking Crime

Type of Release: $25,000 Unsecured Appearance Bond

Assistant U.S. Attorney: Susan Redmond                Defense Attorney: Christine Freeman

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition 1: "The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case." | On October 28, 2005, the Autaugaville Police Department received a complaint of a stabbing victim at the Prattville Hospital emergency room. Witnesses stated that the defendant stabbed Tarvarious White on the right side of his face. According to police, this incident also prompted a shooting which occurred on October 28, 2005, in Autauga County. |

Response to Prior Supervision and Action taken by U.S. Probation Officer to bring the defendant into compliance: The defendant was placed on bond supervision on October 25, 2005, and committed the alleged criminal act on October 28, 2005. Facts of this incident were obtained from law enforcement officers who are investigating this case.

U.S. Probation Officer Recommendation:

The defendant committed a criminal act three days after his release; therefore, he has no intentions of residing in the community as a law abiding citizen. Since this act is an act of violence, he poses a danger to the community.

[ X ]   The defendant's release should be
    [ X ]   revoked and defendant detained.

[ ]   The conditions of release should be modified as follows:

Respectfully submitted,

by *Donnelle Thompson*

Donnelle Thompson
U.S. Probation Officer
Date: November 10, 2005

Reviewed and approved: _____
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date