**COURTROOM DEPUTY MINUTES**  DATE: 11-23-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 11:50 - 11:56 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: VPM           DEPUTY CLERK: sql

CASE NO.: 2:05cr244-T                DEFT. NAME: Kevin KING

USA: Cook                            ATTY: Christine Freeman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO ; ( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant _____ does  ✓ does NOT need an interpreter

Interpreter present  ✓ NO  _____ YES  NAME: _____

- ☑ kars      Date of Arrest 1-23-05   or  ☐ karsr40
- ☑ kia.      Deft. First Appearance. Advised of rights/charges.  ☑ Pro/Sup Rel Violator
- ☐ kcnsl.    Deft. First Appearance with Counsel
- ☐          Deft. First Appearance without Counsel
- ☐          Requests appointed Counsel    ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.  Financial Affidavit executed  ☐ to be obtained by PTSO
- ☐ koappted  **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐          Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ kdmhrg.   **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd.     ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
- ☐          ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☑ kloc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐          Preliminary Hearing ☐ Set for _____
- ☐ ko.      Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.   ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
           ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
           DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt  **Waiver of Speedy Trial Act Rights Executed**