IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CR. NO. 2:05-cr-244-T |
| ) | |
| KEVIN L. KING ) | |

## ORDER

Following the defendant's initial appearance on the *Petition for Revocation of Pretrial Release Supervision* (Docs. 16 and 17), it is, for good cause

**ORDERED** that a hearing is hereby set at **11:45 a.m.** on **December 1, 2005**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104. If the Defendant is in custody, the United States Marshal shall produce him for the hearing.

Done this 29th day of November, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE