IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __12-1-2005__ AT __11:52__ A.M./P.M.

DATE COMPLETED __12-1-2005__ AT __11:59__ A.M./P.M.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | (Criminal) Case No. 2:05cr244-T |
| KEVIN KING | ) | ~~Civil~~ |

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | Christine Freeman |

**COURT OFFICIALS PRESENT**

S. Q. Long, Jr., Clerk

**PROCEEDINGS**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __PRE-TRIAL RELEASE REVOCATION HEARING__

11:52 am: Court convenes. Deft. M/Cont. Rev. Hrg. Oral Order granting Oral Motion to Cont. 11:59 am: Court is recessed.