IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:05-cr-244-T |
| ) | |
| KEVIN L. KING    ) | |

## ORDER

For good cause arising from the need to clarify questions about the defendant's competency, it is **ORDERED** as follows:

1. The hearing set at 11:45 a.m. on December 1, 2005 on a *Petition for Revocation of Pretrial Release* is hereby continued to **1:45 p.m.** on **December 20, 2005**, in District Courtroom 4A, Frank M. Johnson United States Courthouse Complex.

2. Defendant's Counsel shall provide to the United States Attorney a copy of any competency report promptly upon receipt.

3. The pretrial conference set for December 1, 2005, is hereby continued to 1:45 p.m. on December 20, 2005.

If the Defendant is in custody, the United States Marshal shall produce him for the hearings.

Done this 2nd day of December, 2005.

                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE