Case 2:05-cr-00244-MHT-CSC    Document 25-2    Filed 12/13/2005    Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                       ) | CASE NO: 2:05-cr-244-T |
| ) | |
| KEVIN L. KING            ) | |

## MOTION REGARDING DEFENDANT'S COMPETENCE

Comes the defendant, Kevin L. King, by counsel and respectfully moves this Court to dismiss this matter, due to the incompetence of Mr. King to stand trial. This motion is supported by the attached mental status evaluation.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

2