IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-244-T |
| | ) | |
| KEVIN L. KING | ) | |

### STAY ORDER PENDING COMPETENCY DETERMINATION

For good cause pursuant to representations of the counsel of record during their requested conference with the court on December 19, 2005, by telephone, it is

**ORDERED** that the following-described *motions* are STAYED generally pending final adjudication of the defendant's competency pursuant to motions filed by both the defendant and the United States:

(1) *the Petition for Revocation of Pretrial Release* (Doc. 16), concerning which the hearing scheduled on **December 20, 2005**, is cancelled;

(2) Defendant's *Motion to Suppress* (Doc. 24, Dec. 13, 2005)

Done this 20th day of December, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE