IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-244-T |
| | ) | |
| KEVIN L. KING | ) | |

**STAY ORDER PENDING COMPETENCY DETERMINATION**

For good cause based on representations of the counsel of record during their requested conference with the court on December 19, 2005, by telephone, it is

**ORDERED** that with the concurrence of the United States, defendant's transfer to the Bureau of Prisons for a mental evaluation pursuant to the *United States' Motion for Mental Competency Examination (Doc. 26, Dec. 16, 2005)* – which is unopposed by Defendant – will be delayed in order to allow a reasonable time for defense counsel to procure a desired neurological-psychological evaluation which may not be included in the government's evaluation. Accordingly, it is

**ORDERED** that *Defendant shall file, not later than February 6, 2006, a status report* on its ongoing effort to schedule the neurological-psychological evaluation.

Done this 20th day of December, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE