IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-244-T |
| | ) | |
| KEVIN L. KING | ) | |

## ORDER ON MOTION

Pending final adjudication of the defendant's competency pursuant to the continuing evaluations procured by the defendant and projected evaluations in response to the competency motion filed by the United States, it is

**ORDERED** that Defendant's *Motion Regarding Defendant's Competence* (Doc. 25, Dec. 13, 2005) is **DENIED WITHOUT PREJUDICE** to the extent of its demand "to dismiss this matter, due to the incompetence of Mr. King to stand trial."

Done this 20th day of December, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE