IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-244-T |
| | ) | |
| KEVIN L. KING | ) | |

### *MOTION TO SEAL* PREVIOUSLY-FILED ATTACHMENT TO MOTION REGARDING DEFENDANT'S COMPETENCE

**NOW COMES** the defendant, Kevin L. King, by and through undersigned counsel, Christine A. Freeman, and moves to this Court to seal the attachment to his December 13, 2005, Motion Regarding Defendant's Competence (Doc. 25).

On December 13, 2005, defense counsel filed a Neurobehavioral Health Evaluation by Dr. Theron M. Covin as an exhibit attached to the motion (D.E. 25). The exhibit contained highly sensitive personal and medical information about Mr. King.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted and that such document be filed under seal and not made part of the public record.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org