IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:05-cr-244-T |
| | ) [wo] |
| KEVIN L. KING | ) |

### ORDER ON MOTION

Upon consideration of the Defendant's *Motion to Seal Previously-Filed Attachment to Motion regarding Defendant's Competency* (Doc. 31, filed Dec. 29, 2005), for good cause, it is hereby

**ORDERED** that the *Motion* (Doc. 31) is **GRANTED**. The Clerk is DIRECTED to place under SEAL (so that it is not made part of the public record) the attachment to Defendant's *Motion regarding Defendant's Competence*, filed December 13, 2005 (Doc. 25).

Done this 3rd day of January, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE