IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:05-cr-244-T |
| ) | |
| KEVIN L. KING ) | |

UNOPPOSED MOTION FOR WRIT OF HABEAS CORPUS
AND/OR TEMPORARY RELEASE

**COMES NOW** the undersigned counsel, appointed to represent Mr. Kevin L. King ("Mr. King") in this matter, and prays for issuance of a writ of habeas corpus and/or an Order of Temporary Release, directed to the United States Marshal for the Middle District of Alabama, and such other person as may have custody of this Defendant. Movant requests that such Order direct that said custodian provide the temporary transportation of Mr. King, for the purpose of his appearance at Jackson Hospital for a scheduled neurological examination.

In support thereof, Movant would show the following:

1. On November 23, 2005, undersigned counsel was appointed to represent Mr. King. Mr. King has been charged in a three count indictment with being in violation of 18 USC 922 (g)(1), 18 USC 924 ( c )(1)(A)(i), and 21 USC 841(a)(1).

2. On December 7, 2005, Mr. King underwent a neurobehavioral health evaluation given by psychotherapist, Theron M. Covin, Ed.D., LPC, LMT. As a result of this evaluation, Mr. Covin opined that Mr. King was cognitively impaired, mentally retarded, and seemed to suffer from an organic brain injury that could not be confirmed due to a lack of medical information. *See Neurobehavioral Health Evaluation Report (under seal).*

3.    Mr. King has also been recently evaluated by Dr. Catherine Boyer ("Dr. Boyer"). Although Dr. Boyer is currently in the process of preparing a written report regarding her findings, she has relayed to undersigned counsel that Mr. King appears to be mentally retarded and has suggested that Mr. King be further evaluated by a neurologist.

4.    Upon the advice of the above mentioned mental health professionals, a neurological examination has been scheduled for Mr. Kin, at defense counsel's expense, with Dr. Paul Caudill Miller ("Dr. Miller") at Jackson Hospital in Montgomery, Alabama on January 23, 2006 at 8:00 a.m.

5.    So that Mr. King will be made available for this appointment, Mr. King respectfully requests that this Court issue an Order directing the U.S. Marshal to transport him from the Montgomery City Jail and to and from Dr. Miller's office at Jackson Hospital, on the day and time of his scheduled appointment under the security measures as are necessary to permit the transport.

6.    Counsel for the government, Susan Redmond, does not oppose this motion.

**WHEREFORE,** the Defendant prays that his Motion be granted and that the Court issue a writ of habeas corpus and/or an Order of Temporary Release for the purpose of a neurological evaluation.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

         **s/Christine A. Freeman**
         **CHRISTINE A. FREEMAN**
         **TN BAR NO.: 11892**
         Attorney for Kevin L. King
         Federal Defenders
         Middle District of Alabama
         201 Monroe Street , Suite 407
         Montgomery, AL 36104
         TEL:   (334) 834-2099
         FAX:  (334) 834-0353
         E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-244-T |
| | ) | |
| KEVIN L. KING | ) | |

**ORDER**

Upon consideration of the foregoing petition and motion for temporary release, and for good cause shown, the Court is of the opinion that said petition should be and the same is hereby granted.

It is, therefore, ORDERED that the Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS, addressed to the Montgomery City Jail, Montgomery, Alabama, and the United States Marshal Service for the Middle District of Alabama, and to whoever else may have custody of this Defendant, commanding them to permit the release of the said KEVIN LAMONT KING ("Mr. King") to any deputies of the U.S. Marshal Service, and other deputies said prisoner to and from the office of Dr. Paul Caudill Miller ("Dr. Miller") at Jackson Hospital for the purpose of a neurological examination at the time of his scheduled appointment on Monday, January 23, 2006 at 8:00 a.m.

The U.S. Marshals are DIRECTED to allow for the removal of any handcuffs, leg irons, or other shackles on the Defendant at the direction of Dr. Miller as necessary to permit Dr. Miller's full and complete examination of Mr. King.

The U.S. Marshals are further DIRECTED to transport Mr. King from Dr. Miller's office to the Montgomery City Jail at the conclusion of neurological examination.

All other security measures not specifically addressed by this ORDER that are deemed to be appropriate with regard to the transportation of Mr. King are left to the discretion of the U.S. Marshal Service.

DONE, this the _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE