IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO: 2:05-cr-244-T |
| | ) |
| KEVIN L. KING | ) |

### UNOPPOSED MOTION TO CONTINUE

**NOW COMES** the defendant, Kevin L. King, by and through undersigned counsel, Christine A. Freeman, and moves this Court to continue the trial of this matter, in light of impending mental health evaluations for Mr. King that have yet to be completed. Continuation of this matter is necessary to complete a preliminary report regarding Mr. King's competency.

Mr. King has been evaluated by two mental health professionals, each of whom have indicated that he appears to be mentally retarded and not competent to stand trial. Defense counsel has scheduled an additional evaluation and a neurological examination.

The Government does not oppose this Motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted.

    Respectfully submitted,

    s/Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Kevin L. King
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104

TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org