IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-244-MHT |
| | ) | |
| KEVIN L. KING | ) | |

O R D E R

Upon consideration of the *Unopposed Motion for Writ of Habeas Corpus and/or Temporary Release* (Doc. 33, filed January 12, 2006), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby GRANTED. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS, addressed to the Montgomery City Jail, Montgomery, Alabama, and the United States Marshal Service for the Middle District of Alabama, and to whoever else may have custody of this Defendant, commanding them to permit the release of the said KEVIN LAMONT KING ("Mr. King") to any deputies of the U.S. Marshal Service, and other deputies said prisoner to and from the office of Dr. Paul Caudill Miller ("Dr. Miller") at Jackson Hospital for the purpose of a neurological examination at the time of his scheduled appointment on Monday, January 23, 2006, at 8:00 a.m.

The U.S. Marshals are DIRECTED to allow for the removal of any handcuffs, leg irons, or other shackles on the Defendant at the direction of Dr. Miller as necessary to permit Dr. Miller's full and complete examination of Mr. King.

The U.S. Marshals are further DIRECTED to transport Mr. King from Dr. Miller's office to the Montgomery City Jail at the conclusion of neurological examination.

All other security measure not specifically addressed by this ORDER that are deemed to be appropriate with regard to the transportation of Mr. King are left to the discretion of the U.S. Marshal Service.

Done this 12th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE