IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
     v.                     )      2:05-CR-244-MHT
                              )
KEVIN L. KING              )

O R D E R

For good cause, it is

**ORDERED** that the Order filed January 12, 2006 (Doc. 35), is hereby VACATED.

Done this 13th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE