IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-244-MHT |
| | ) | |
| KEVIN L. KING | ) | |

### ORDER ON MOTION

Upon consideration of the *Unopposed Motion for Writ of Habeas Corpus and/or Temporary Release* (Doc. 33, filed January 12, 2006), the court construes it as a *Motion to Transport the Defendant for Neurological Examination*, and for cause shown, concludes that the *Motion* should be, and is hereby, **GRANTED**. It is, therefore,

**ORDERED** that the United States Marshal Service for the Middle District of Alabama is DIRECTED to transport defendant Kevin L. King ("King") from the Montgomery City Jail, Montgomery, Alabama, to and from the office of Dr. Paul Caudill Miller ("Dr. Miller") at Jackson Hospital for the purpose of a neurological examination at the time of his scheduled appointment on Monday, January 23, 2006, at 8:00 a.m.

The U.S. Marshals are DIRECTED to allow for the removal of any handcuffs, leg irons, or other shackles on King, at the direction of Dr. Miller, as necessary to permit the doctor's full and complete examination.. The U.S. Marshals shall exercise reasonable discretion, however, to impose any additional security measures which may be necessary or appropriate for the authorized transportation.

Done this 13th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE