**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **CR. NO. 2:05-CR-244-T** |
| | **)** | |
| **KEVIN  L. KING** | **)** | |

### MOTION FOR RECONSIDERATION OF COURT ORDER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and requests that the Court reconsider its' Order on Motion referenced as court document 37, and as grounds states as follows:

1.  The United States has no objection to the United States Marshal Services being responsible for the transport of the defendant from the Montgomery City Jail to and from the office of Dr. Paul Caudill Miller at Jackson Hospital for the purpose of a neurological examination.

2.  The United States has spoken with Christine Freeman, attorney for defendant, and she is in agreement that the United States Marshals Service may contact Dr. Miller and establish security protocols, dates and times for the defendants' neurological examination, without making details of such arrangements public knowledge

Based on the above, the Government requests that the Court amend its' release order to reflect the agreement of the parties.

Respectfully submitted this the 13th day of January, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          Case Number:  2:05-CR-244-T
                                  )
KEVIN L. KING                     )

CERTIFICATE OF SERVICE

I hereby certify that on January13, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Christine A. Freeman.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov