IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-244-MHT |
| | ) | |
| KEVIN L. KING | ) | |

O R D E R

For good cause, it is

ORDERED that the *Order* filed January 13, 2006 (Doc. 37), is hereby VACATED.

Done this 17th day of January, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE