IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-244-MHT |
| | ) | |
| KEVIN L. KING | ) | |

### ORDER ON MOTIONS

For good cause, the *Motion for Reconsideration of Court Order*, filed by the United States on January 13, 2006 (Doc. 38) is **GRANTED.** Following a telephone conference with counsel of record, the court finds good cause rooted in security concerns to vacate its January 13, 2006 ORDER for entry of the more appropriate ORDER which follows.

Upon consideration of the *Unopposed Motion for Writ of Habeas Corpus and/or Temporary Release* (Doc. 33, filed January 12, 2006), the court construes it as a ***Motion to Transport the Defendant for Neurological Examination***, and for cause shown, concludes that the *Motion* should be, and is hereby, **GRANTED**. It is, therefore,

**ORDERED** that the United States Marshal Service for the Middle District of Alabama is DIRECTED to transport the defendant from the Montgomery City Jail, Montgomery, Alabama, to and from the office of Dr. Paul Caudill Miller ("Dr. Miller") at Jackson Hospital for the purpose of a neurological examination. After due consultation with the physician regarding medical-related needs in order to perform the examination, the United States Marshal Service shall establish such reasonable security protocols as may be necessary or appropriate

Done this 17th day of January, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE