## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:05-cr-244-T** |
| | **)** | |
| **KEVIN L. KING** | **)** | |

### STATUS REPORT

**COMES NOW** the Defendant, by and through undersigned counsel, Christine Freeman, and submits the following report regarding the status of Mr. Kevin King's ("Mr. King") mental competency.

1.  On February 6, 2006, we received a preliminary report from a neurologist, Dr. Paul Caudill Miller, regarding his examination of Mr. King. However, this preliminary report is unclear as to Dr. Miller's findings as a result of that examination.

2.  Despite attempts to reach Dr. Miller for a full briefing on his findings regarding the results of Mr. King's examination, undersigned counsel was unable to get in contact with Dr. Miller.

3.  Undersigned counsel will be filing a subsequent status report tomorrow when additional information becomes available regarding the results of Dr. Miller's examination of Mr. King.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:    (334) 834-2099
FAX:    (334) 834-0353
E-Mail: Christine_Freeman@fd.org