IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number: 2:05CR244-LSC |
| | ) | |
| KEVIN LAMONT KING | ) | |

SUPPLEMENTAL MOTION FOR MENTAL COMPETENCY EXAMINATION

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests this Court to enter an order directing the United States Marshal of this district to take the above-named defendant into custody and to remove him to the custody of the Warden of the Medical Center for Federal Prisoners, Springfield, Missouri, or such other federal institution as the Court deems appropriate, for the purpose of being observed and examined by one or more qualified psychiatrists, pursuant to Title 18, United States Code, Sections 4241, 4242 and 4247.

In support of its motion, the United States respectfully states as follows:

1. On or about the 16th day of December, 2005, the undersigned attorney received a Motion Regarding Defendant's Competence from defense counsel, Christine A. Freeman. The Motion requests that the Court dismiss the indictment against the defendant based on the defendant's incompetence to stand trial. Support for the Motion is a Neurobehavioral Health Evaluation performed by Theron M. Covin, of the Center for Counseling & Human Development, Inc., Ozark, AL, attached to the motion.

2. On or about December 16, 2006, the government filed a Motion for Mental Competency Examination.

3. On or about December 20, 2006, this Court issued a Stay Order Pending Competency Determination, staying the unopposed Motion for Mental Competency filed by the government to allow the defendant to procure the desired neuropsychological examination.

4. On or about February 9, 2006, following the filing of a Status Report by the defendant, an Unopposed Motion to Continue and Stay was filed.

5. Based on information and belief, the government hereby renews its prayer that a psychiatric or psychological examination of the defendant be conducted pursuant to Title 18, United States Code, Section 4241 and that a report be required pursuant to the provisions of Title 18, United States Code, Section 4247(b) and (c), the latter reports specifically to include a report as to whether the defendant is "suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense,". Additionally, the government requests that a neuropsychological examination be conducted and findings returned in the form of a report to the Court.

For the reasons set forth herein above, the United States respectfully requests this Court to enter an order directing that the United States Marshal for the Middle District of Alabama take the defendant into custody and that the defendant be removed pursuant to Title 18, United States Code, Sections 4241, 4242, and 4247, for the purposes of being observed and examined.

Respectfully submitted this the 16th day of February, 2006.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334.223.7280
        334.223.7135 fax
        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number: 2:05CR244-LSC |
| | ) | |
| KEVIN LAMONT KING | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine A. Freeman.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov