IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-244-T |
| | ) | |
| KEVIN L. KING | ) | |

## UNOPPOSED MOTION TO CONTINUE AND STAY

**NOW COMES** the defendant, Kevin L. King, by and through undersigned counsel, Christine A. Freeman, and moves this Court to continue the trial of this matter from the February 13, 2006 term and to stay this matter until Mr. King's competence has been determined. This motion is based upon the following:

1. Two mental health evaluations of Mr. King have opined that Mr. King is mentally retarded, may suffer from organic brain damage, and is not competent to stand trial or assist in his defense.

2. The government will be filing a motion, which defense counsel does not oppose, for further in-patient evaluation of Mr. King.

3. Because an in-patient evaluation in a facility of the U.S. Bureau of Prisons often takes in excess of ninety days to complete and there is a pending motion to suppress which has been stayed pending the outcome of the competence determination but which would require at least thirty days from hearing to resolve, it cannot be determined when this case would likely be ready for trial.

4. The Government does not oppose this Motion.

**MOTION GRANTED**

THIS __21st__ DAY OF __FEBRUARY__, 20__06__

__/s/ L. Scott Coogler__

**UNITED STATES DISTRICT JUDGE**