IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:05-cr-244-LSC |
| ) | |
| KEVIN L. KING ) | |

### ORDER ON MOTIONS

For the good cause shown in the United States' *Supplemental Motion for Mental Competency Examination* (Doc. 46, Feb. 16, 2006), and its *Motion for Mental Competency Examination* (Doc. 26, Dec. 16, 2006), and pursuant to Defendant's *Notice of Non-Opposition* (Doc. 47, Feb. 17, 2006), it is **ORDERED** that *each Motion* is **GRANTED**. Accordingly, pursuant to the *Insanity Defense Reform Act of 1984*, **it is ORDERED** as follows:

A. *The United States Marshal for the Middle District of Alabama shall take the defendant, Kevin Lamont King, into custody and* remove him forthwith to the custody of the Warden of the Medical Center for Federal Prisoners, Springfield, Missouri, or such other suitable facility of the Bureau of Prisons, or to such other institution as may be designated by the Attorney General, for mental evaluation and treatment, *where he may be observed and examined, pursuant to 18 U.S.C. §§ 4241 (a), 4242(a) and 4247, for a reasonable period of time, but not to exceed 30 days for the § 4241(a) examination to determine the defendant's mental competency to stand trial, and not to exceed 45 days for the 18 U.S.C. §4242 determination of the defendant's mental competency at the time of the offense.* <u>At the government's request, the defendant shall also be administered a neuropsychological examination.</u> The examinations shall be conducted by one or more licensed or certified psychiatrists or psychologists at such medical facility and shall be pursuant to the

provisions of Title 18, United States Code, Sections 4247(b) and (c), as enacted in the Insanity Reform Act of 1984.

*It is further* **ORDERED** that, pursuant to the provisions of 18 U.S.C.§4247(b) and (c), *the examiners designated to conduct the psychiatric or psychological examination of the defendant, shall file a report in writing to this court within 75 days from the date the defendant arrives at such institution,* and copies shall be provided to the counsel for the defendant and to the attorney for the Government. *The report shall include –*

(1) the defendant's history and present symptoms;
(2) a description of the psychiatric, psychological, neuropsychological, and medical tests that were employed and their results;
(3) the examiner's findings;
(4) the examiner's opinions as to (i) diagnosis; (ii) prognosis; (iii) *whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and (iv) whether the defendant was insane at the time of the commission of the offense with which he is charged.*

*It is further* **ORDERED** that the defendant shall be incarcerated and remain at such institution for a period of not more than 75 days from the date the defendant arrives at such institution. In accordance with 18 U.S.C. § 4247(b), any requests by the director of the facility for a reasonable extension of this period shall be accompanied by a "showing of good cause that the additional time is necessary to observe and evaluate the defendant", and such requests shall not exceed 15 days for the 18 U.S.C. § 4241 and 30 days for the 18 U.S.C. § 4242 exam.

**B.** *The Clerk of Court is hereby* **ORDERED** to furnish the United States Marshal for this district with three certified copies of this order.

C. After receipt and evaluation of the examiners' report on the defendants's mental competency, the court shall schedule such hearings as may be required under 18 U.S.C. § 4241(a).

Done this 21st day of February, 2006..

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

RECEIVED
2006 MAR 17 A 10: 02
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

RETURNED AND FILED
MAR 17 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Delivered to: FMC, Ft. Worth
Date: 3-10-2006
Executed by: [signature] I.S.O.

ATTEST: A True Copy
Certified to February 21, 2006.
Clerk, U.S. District Court,
Middle District of Alabama

BY [signature]
Deputy Clerk

3