IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-244-MHT-DRB |
| | ) | |
| KEVIN L. KING | ) | |

## ORDER

By ORDER entered February 21, 2006 (Doc. 48), the court granted the United States' Supplemental MOTION for Psychiatric Exam and, *inter alia*, directed the examiners to file a written Report within 75 days of the date the defendant arrives at the suitable facility for his examination. On May 8, 2006, the court received in chambers a letter dated April 21, 2006, from Cole Jeter, Warden at the Federal Medical Center in Fort Worth, TX, requesting an extension of that deadline, as follows:

> This letter is to request an extension of the evaluation period with regard to Mr. Kevin L. King who arrived at the Federal Medical Center in Fort Worth, Texas, on March 10, 2006. We are requesting a 30-day extension of the normal 45-day study period in order to complete requested neurological consultations. If approved, Mr. King's study completion date will be May 22, 2006. We will then submit the report to your office no later than June 5, 2006.

For good cause shown, it is

**ORDERED** that the February 21, 2006 Order is hereby AMENDED to set June 5, 2006, as the deadline for filing of the examiners' report required by 18 U.S.C. §§4247(b) and ( c ). The Clerk is instructed to include the Warden's letter with correspondence and other non-pleadings in this file and to transmit a copy of this Order to the Warden at the address thereon indicated.

DONE THIS 9ᵀᴴ DAY OF MAY, 2006.

                                   /s/ Delores R. Boyd  
                                   DELORES R. BOYD  
                                   UNITED STATES MAGISTRATE JUDGE