UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-244-MHT |
| | ) | |
| KEVIN L. KING | ) | |

# ORDER

After review of the psychiatric evaluation reported on June 7, 2006 (sealed Doc. 52, filed June 19, 2006), it is

**ORDERED,** for good cause, that counsel appear before the undersigned in District Courtroom 4A, at **3:00 p.m. on July 6, 2006**, for a **status/scheduling conference.** If the Defendant is in custody, the United States Marshal shall produce the defendant for this conference.

Done this 28th day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE