## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ **Northern**    ☐ Southern    ☐ Eastern

| | | |
|---|---|---|
| HON. Delores Boyd | AT Montgomery | , Alabama |
| DATE COMMENCED 7-6-2006 | @ 3:05 | ☐ a.m. ☑ p.m |
| DATE COMPLETED 7-6-2006 | @ 3:38 | ☐ a.m. ☑ p.m |

**CASE NO.** 2:05CR244-MHT

UNITED STATES    VS.    KEVIN L. KING
*Plaintiff(s)*            *Defendant(s)*

### APPEARANCES

*Plaintiff(s)/Government*            *Defendant (s)*

Susan Redmond                Christine Freeman

### COURT OFFICIALS PRESENT:

**Ctrm Clerk:** S. Q. Long, Jr.    **Crt Rptr:** ___

**Law Clerk:** ___    **Interpreter:** ___

**USPO/USPTS:** ___    **Other:** ___

### PROCEEDINGS:

☐ Motion Hearing : ___
☑ Status Conference        ☐ Oral Argument            ☐ Evidentiary Hrg.
☐ Revocation               ☑ Scheduling Conf.         ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.          ☐ Sentencing
☐ Non-Jury Trial           ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other ___

☐ **Pretrial Conference**
Pending Motions: ___
Discovery Status ___    Plea Status ___
Trial Status/Length ___    Trial Term: ___