UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-244-MHT-DRB |
| | ) | wo |
| KEVIN L. KING | ) | |

**ORDER ON DETERMINATION OF**
**MENTAL INCOMPETENCY TO STAND TRIAL**

The Defendant, Kevin L. King, appeared with his counsel of record, Federal Defender Christine Freeman, and Assistant United States Attorney Susan Redmond represented the United States at the status/scheduling conference set on July 6, 2006, in response to his completed mental health evaluation, as reported on June 7, 2006 (sealed Doc. 52, June 19, 2006).

Defense counsel waived any hearing pursuant to 28 U.S.C. §§ 4241( c ) and 4247( d ) and instead, joined the United States in urging the court to adopt the three "Recommendations to the Court" outlined at page 19 of the Report as well as a recommendation at page 18 for further neurological testing. After hearing from both counsel, the court addressed the Defendant directly and finds his responses consistent with the reported deficiencies in his mental faculties; remarking that "he has been like this pretty much all his life", Mr. King exhibited an undeniable vacuousness.

After due consideration of the findings, opinions, and recommendations reported in the mental health evaluation, as well as the stipulations of counsel, the court hereby **FINDS** by a preponderance of the evidence that the defendant, Kevin L. King, is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Psychological testing for King dictated a primary diagnosis of "mild mental retardation;"

neuropsychological testing suggested some neurological impairments; and the Forensic Staff concluded without any reservations that King is not currently competent to stand trial.

Pursuant to the foregoing findings, the court expressly adopts the following-stated recommendations by the mental health professionals identified in the report:

(i) that further neurological testing (i.e., MRI) be administered in order to rule-out a medical reason for King's frequent headaches and memory impairment;

(ii) that King undergo a more thorough evaluation for Restoration of Competency;

(iii) that King continue to receive all prescribed medication and be followed regularly by medical personnel for his consistently reported "severe, chronic headaches";

(iv) that the need for treatment with antipsychotic medication and psychiatric follow-up be monitored in response to any continuing reports of auditory and visual hallucinations during King's continuing evaluation.

**Based on the foregoing determination of this defendant's mental incompetency to stand trial at this time, it is ORDERED** as follows:

**A**. The defendant, KEVIN L. KING, is hereby committed, pursuant to 18 U.S.C. § 4241(d), to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility –

(1) for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit trial to proceed on the three-count Indictment filed against him on October 4, 2005, charging him with being a felon in possession of a firearm, in violation of 18 U.S.C. §922(g)(1); knowingly using and carrying a firearm during and in relation to and possessing a firearm

in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §924(c)(1)(A); and knowingly and intentionally possessing with intent to distribute marijuana, in violation of 21 U.S.C. §841(a)(1); and

> (2) for an additional reasonable period of time until --
>
>> (A) his mental condition is so improved that further proceedings on the indictment may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit such proceedings; or
>>
>> (B) the pending charges against the defendant are disposed of according to law; whichever is earlier.

If, at the end of the time period specified, it is determined that the defendant's mental condition has not so improved as to permit further proceedings on the indictment, the defendant will be subject to the provisions of 18 U.S.C.§4246.

If it is determined that the defendant's mental condition has improved as to permit further proceedings on the indictment, he shall be evaluated to determine his mental competency at the time of the offense.

    **B.**    Defendant's treatment shall include the recommended neurological testing, prescribed medication, additional thorough evaluation for Restoration of Competency, and monitoring for any psychiatric testing and anti-psychotic medications which may be warranted.

    **C.**    The United States Marshal for the Middle District of Alabama shall take the

defendant, Kevin L. King, into custody and remove him to such facility as may be designated by the Attorney General for the additional mental health evaluations and treatment ordered.

**D.**     Not later than four months from the date of defendant's hospitalization for additional treatment and evaluation, the examiners designated to conduct or supervise such treatment shall file with this Court a report in writing which shall summarize the course of the defendant's additional treatment and evaluation and state their findings, opinions and conclusions regarding the defendant's attainment of mental capacity or competency to proceed in this case.

**E.**     The Clerk shall provide to the United States Marshal and to the Federal Bureau of Investigation sufficient certified copies of this Order as may be necessary to implement its directives.

DONE THIS THE 7TH DAY OF JULY, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE