UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-244-MHT |
| | ) | |
| KEVIN L. KING | ) | |

### ORDER

By Order entered December 20, 2005, the court STAYED the following-styled motions generally pending final adjudication of the defendant's competency pursuant to motions filed by both the Defendant and the United States.

    Motion for Revocation of Pretrial Release (Docs. 16 and 17)
    Motion to Suppress (Doc. 24)

For good cause pursuant to the *Order of Determination on Mental Incompetency to Stand Trial* entered herewith, it is

**ORDERED that the parties show any cause not later than July 17, 2006, why these motions should not be dismissed without prejudice.**

Done this 7th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE