### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:05-cr-244-T |
| ) | |
| KEVIN L. KING ) | |

### DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER

**COMES NOW** the Defendant, by and through undersigned counsel, Christine Freeman, and submits this response to the Court's Show Cause Order of July 7, 2006 (D.E. 56).

1.  Defense counsel has no objection to the Court's proposed dismissal without prejudice of the Motion for Revocation of Pretrial Release (D.E. 16, 17).

2.  Defense counsel has no objection to the Court's proposed dismissal without prejudice of the Motion to Suppress (D.E. 24).

It is Defense counsel's understanding that, should this matter proceed at any time in the future with a finding that Mr. King is competent to stand trial, each of these matters could be re-filed and proceed to disposition.

    Respectfully submitted,

    <u>s/Christine A. Freeman</u>
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Kevin L. King
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104

TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org