UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-244-MHT |
| | ) | |
| KEVIN L. KING | ) | |

### ORDER ON MOTIONS

For good cause pursuant to the *Order of Determination on Mental Incompetency to Stand Trial* AND the parties' concurrence (*United States' Response*, Doc. 57; *Def.'s Response,* Doc. 58), it is

**ORDERED** that the following-styled motions are dismissed without prejudice pending defendant's competency treatment and necessary re-evaluations thereafter:

*Motion for Revocation of Pretrial Release* (Docs. 16 and 17)

*Motion to Suppress* (Doc. 24)

Done this 17$^h$ day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED    STATES    MAGISTRATE    JUDGE