2:05 CR 244-MHT

defendant, Kevin L. King, into custody and remove him to such facility as may be designated by the Attorney General for the additional mental health evaluations and treatment ordered.

D. Not later than four months from the date of defendant's hospitalization for additional treatment and evaluation, the examiners designated to conduct or supervise such treatment shall file with this Court a report in writing which shall summarize the course of the defendant's additional treatment and evaluation and state their findings, opinions and conclusions regarding the defendant's attainment of mental capacity or competency to proceed in this case.

E. The Clerk shall provide to the United States Marshal and to the Federal Bureau of Investigation sufficient certified copies of this Order as may be necessary to implement its directives.

DONE THIS THE 7TH DAY OF JULY, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

RETURNED AND FILED

AUG 2 2 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on: 8-77-06
To Medical Center for Federal Prisoners
Springfield, MO
By Airlift/Bus/USM - Self-Commit

Record Officer

4