

**U.S. Department of Justice**
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

2006 AUG 28  A 9: 59

*Springfield, MO 65801-4000*

August 22, 2006

The Honorable Delores R. Boyd
United States Magistrate Judge
Middle District of Alabama, Northern Division
P.O. Box 711
Montgomery, Alabama 36101

RE: KING, Kevin
    Reg. No. 11814-002
    Docket No. 2:05-CR-244-MHT-DRB

Dear Judge Boyd:

The above-named inmate was received at the United States Medical Center for Federal Prisoners on August 17, 2006, for psychological evaluation and treatment under Title 18 U.S.C. 4241(d). Mr. King will remain at this facility for up to four months in an attempt to restore competency for trial. The final staffing date is scheduled for December 16, 2006. A copy of the requested psychological study will follow.

If you have any questions or require additional information, Mr. King is being seen by Dr. Lea Ann Preston. Dr. Preston may be reached at (417)862-7041, extension 567.

Sincerely,

J. M. Roberts
Unit Manager
Mental Health Unit

**U.S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
1900 WEST SUNSHINE
SPRINGFIELD, MISSOURI 65807

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MHU

SPRINGFIELD MO 658
25 AUG 2006

$ 00.39
MAILED FROM ZIPCODE

36101+0711

The Honorable Delores R. Boyd
United States Magistrate Judge
Middle District of Alabama, Northern Division
P.O. Box 711
Montgomery, Alabama 36101