**U.S. Department of Justice**

Federal Bureau or Prisons

*U.S. Medical Center for Federal Prisoners*

Springfield, MO  65807

January 24, 2007

The Honorable Delores R. Boyd
United States Magistrate Judge
District of Middle District of Alabama
Northern Division
Post Office Box 711
Montgomery, Alabama 36101

Re:   King, Kevin L.
      Reg. No.  11814-002
      Case No.  2:05-CR-244-MHT-DRB

Dear Judge Boyd:

Your Court Order dated July 7, 2006, committed Mr. King to the custody of the Attorney
General for 120 days for mental health treatment pursuant to Title 18, United States Code,
Section 4241(d).

As part of his evaluation, a neuropsychological assessment was completed.  The results of this
assessment suggested that Mr. King is exaggerating his level of cognitive impairment.  Given
that he reportedly has a documented history of mental retardation, his treating psychologist is
requesting an extension to his commitment in order to further clarify his competency-related
strengths and weaknesses.

In accordance with Title 18, United States Code, Section 4241(d)(2)(A), the Court may grant an
additional reasonable period of time to complete the mental health treatment to determine if
there is a substantial probability that the defendant will become competent for the trial to
proceed.  If the extension is granted, it is expected that a written report will be submitted to the
Court by March 1, 2007.  If the mental health treatment/evaluation is completed prior to the
projected completion date, the Court will be notified.  If you have any questions or concerns
about the proposed extension request, please contact me at (417) 862-7041.

Sincerely,

J.E. Gunja
Warden

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
1900 WEST SUNSHINE
SPRINGFIELD, MISSOURI 65807

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

UNITED STATES POSTAGE    PITNEY BOWES

$ 00.39⁰    JAN 26 2007
02 1A
0004203939
MAILED FROM ZIP CODE 65807

The Honorable Delores R. Boyd
United States Magistrate Judge
District of Middle District of Alabama
Northern Division
Post Office Box 711
Montgomery, Alabama 36101