IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr244-MHT |
| **KEVIN L. KING** | ) | |

ORDER

It is ORDERED that the Bureau of Prisons' request to commit defendant Kevin L. King for an additional period of time (doc. no. 62) is set for hearing on February 6, 2007, at 9:00 a.m at the Frank M. Johnson, Jr. Federal Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 31st day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE