IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cr-244-T |
| | ) | |
| KEVIN L. KING | ) | |

## MOTION TO RESCHEDULE HEARING

**NOW COMES** the Defendant, Kevin L. King ("Mr. King"), by and through undersigned counsel, Christine A. Freeman, and respectfully moves this Court for an Order rescheduling the hearing now set for 9:00 a.m. on February 6, 2007 by this Court's Order of January 31 (doc. no. 63), to a date after February 9, 2007.

In further support of this motion, the Defendant would show the following:

1.  The purpose of the hearing is to consider the Bureau of Prisons' request for additional evaluation time to complete Mr. King's evaluation, extending through at least March 1, 2007 (doc. no. 62).

2.  A staff member of undersigned counsel's office will be visiting clients, likely including Mr. King, at the Bureau of Prisons Medical Center in Springfield, Missouri, on Friday, February 9, 2007, and will attempt to confer with Bureau of Prisons medical staff regarding this matter.

3.  Undersigned counsel will be attending a coworker's appellate argument at the U.S. Court of Appeals for the Eleventh Circuit in Atlanta, on the morning of February 6.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Kevin L. King
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

2