IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr244-MHT |
| KEVIN L. KING | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Kevin L. King's motion to reschedule (doc. no. 64) is granted.

(2) The hearing on the Bureau of Prisons' request to commit King for an additional period of time (doc. no. 62), currently set for February 6, 2007, is reset for February 13, 2007, at 8:30 a.m at the Frank M. Johnson, Jr. Federal Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 5th day of February, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE