# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   FEBRUARY 12, 2007          AT       4:01       A.M./P.M.

DATE COMPLETED   FEBRUARY 12, 2007          AT       4:19       A.M./P.M.

UNITED STATES OF AMERICA          )
                                  )
     v                            )     Cr No. 2:05cr00244-MHT
                                  )
KEVIN L. KING                     )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Susan Redmond | X | Atty Christine Freeman |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Daniel Korobkin, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   HEARING: BOP'S REQUEST TO EXTEND EVALUATION PERIOD

4:01 p.m.   Hearing commenced by telephone (in lieu of proceeding scheduled for 2/13/07). Counsel for both the Government and the defendant agree that the period of evaluation may be extended. Court's concerns, as stated on the record, that there is no statutory authority to grant the facility's request to extend the evaluation period. Parties' representations as to why the evaluation has taken so long. Guardian as Litem (either here or in Springfield) will be appointed; attorney Freeman directed to provide the name of a person to be appointed. Additional proceeding will be scheduled thereafter.

4:19 p.m.   Hearing concluded.