IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr244-MHT |
| **KEVIN L. KING** | ) | |

### ORDER

It is ORDERED as follows:

(1) The Bureau of Prisons' request to commit defendant Kevin L. King for an additional period of time (doc. no. 62) is set for additional hearing on February 20, 2007, at 2:00 p.m at the Frank M. Johnson, Jr. Federal Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

(2) Defendant King's guardian <u>ad litem</u> may appear by telephone. By February 16, 2007, she should contact the courtroom deputy to make the appropriate arrangements.

(3) If feasible, the hearing may be conducted by video conference in order for defendant King to appear

personally. If the defense wants such, it should notify the court in time for proper arrangements to be made.

DONE, this the 15th day of February, 2007.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE