IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, **Christine Freeman**, an active member in good standing of the Bar of the United States District Court for the Middle District of Alabama, request that this court admit *pro hac vice*, Margaret Elise Branyan Barker, an attorney admitted to practice in the **Western District of Missouri,** but not admitted to the Bar of this court, who will be counsel for the Defendant, Kevin L. King, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_[signature]_
Signature of Movant/Attorney

TN BPR 11892
~~AL Bar Number~~

2/20/07
Date

201 Monroe St #405
Montgomery, AL 36104
Address

(334) 834-2099
834-0353
Phone

### Affidavit of Proposed Admittee

I, **Margaret Elise Branyan Barker,** am currently a member in good standing of the bar of the United States District court for the Western District of Missouri, but not admitted to the Bar of this court. I understand that if this court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

Case Number(s):                    Case Title(s)
USA v. Kevin L. King, Criminal Action Case No. 2:05cr244-MHT (WO)

_[signature] Margaret Elise Branyan Barker_
Signature of Admittee

2/16/07
Date

1740 S. Glenstone, Springfield, MO 65804
Address

(417) 883-5900
Phone