# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.    MYRON H. THOMPSON,    JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  February 20, 2007          AT  2:00  A.M./P.M.

DATE COMPLETED  February 20, 2007          AT  2:20  A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:05cr244-MHT
        VS.

KEVIN L. KING

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X<br>X<br>X<br>X<br>X | Atty Christine A. Freeman<br>Atty Elise Barker - guardian<br>ad litem |

COURT OFFICIALS PRESENT:

| Anthony Green,<br>Courtroom Clerk | Daniel Korobkin,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NON-JURY TRIAL
(x)  OTHER PROCEEDING:    HEARING: BOP's REQUEST TO EXTEND EVALUATION
                          PERIOD

2:00 p.m.                 Hearing commenced with Atty Barker and
                          Defendant King via video conference. Atty
                          Barker's statements regarding request
                          (motion) to extend evaluation period and that
                          the defendant does not want to waive the four
                          month statutory limit and that he wishes to
                          be returned to Alabama. Atty Barker states
                          that it would be best that the defendant
                          complete the evaluation and waive the four
                          month statutory limit. Government states that
                          the request should be granted and the
                          evaluation be concluded on March 1, 2007.
                          Attorney Freeman disagrees with Defendant
                          King's decision not to waive the statutory
                          limit and that it would be in his best
                          interest to finish the evaluation. Matter
                          taken under advisement, order to issue
                          regarding request.

page 2

2:05cr244-MHT
USA v King

2:20 p.m.                              Hearing concluded.