```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:05cr244-MHT
KEVIN L. KING               )
```

## ORDER

It is ORDERED that the petition for admission pro hac vice (Doc. No. 71) is granted.

It is further ORDERED that the pro hac vice application fee is waived.

DONE, this the 21st day of February, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE