IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr244-MHT |
| **KEVIN L. KING** | ) | |

### ORDER

The Bureau of Prisons having filed a report regarding defendant Kevin L. King's competency to stand trial (doc. no. 75), it is ORDERED that the issue of defendant King's competency to stand trial is set for hearing on March 27, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. Federal Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 2nd day of March, 2007.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**