IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.:    2:05CR-244-MHT |
| | ) | |
| KEVIN L. KING | ) | |
| | ) | |

## ORDER

For good cause, it is

**ORDERED** that a special arraignment of the defendant be and is hereby

scheduled for **April 2, 2007 at 11:00 a.m.**,  in  courtroom 4B,Frank M. Johnson, Jr

United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is

further

**ORDERED** that the United States Marshal or the person having custody of the

defendant shall produce the defendant for the proceeding

Done this 28th day of March, 2007.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE