IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr244-MHT |
| **KEVIN L. KING** | ) | |

## ORDER

It is ORDERED that the motion to add publication dates to record (Doc. No. 94) is granted.

DONE, this the 16th day of July, 2007.

     /s/ Myron H. Thompson    
**UNITED STATES DISTRICT JUDGE**